**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| MANGO ELEVEN, LLC | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: 5:24-cv-1477-XR |
| | § | |
| SULIMAN BHARWANI, | § | |
| DEREK W. GUILLORY, | § | |
| DEREK W. GUILLORY, M.D., P.A., and | § | |
| ROOT CAUSES MEDICINE, LLC | § | |
| | § | |
| *Defendants*. | § | |

**ORDER GRANTING
GUILLORY DEFENDANTS' MOTION TO DISMISS
PURSUANT TO RULE 12(b)(6)**

The Court, having considered the *Motion to Dismiss Pursuant to Rule 12(b)(6)* filed by Defendants, Derek W. Guillory, Derek W. Guillory, M.D., P.A., and Root Causes Medicine, LLC (the "Motion"), in the above-entitled civil action, finds that the Motion should be granted.

**IT IS THEREFORE ORDERED** that Motion is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**.

IT IS FURTHER ORDERED that each party shall bear its own costs and attorneys' fees.

SIGNED: _____

_____
UNITED STATES DISTRICT JUDGE